IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ADRIAN JENKINS,

 Plaintiff,

v.

LT. SHOEMAKER; and SGT. CORY OSBORNE,

 Defendants.

CIVIL ACTION NO.: 6:15-cv-74

# ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge, as supplemented herein, is adopted as the opinion of the Court and Plaintiff's Objections, (doc. 13), are **OVERRULED AND SUSTAINED IN PART** as explained below.

The Court **DISMISSES** Plaintiff's claims regarding the taking of his legal materials for failure to state a claim. In addition, the Court **DISMISSES** all claims against Defendant Osborne and **DISMISSES** all claims regarding the taking of Plaintiff's gold teeth. The Court also **DISMISSES** Plaintiff's claims for preliminary injunctive relief. However, in his Objections, Plaintiff represents that he is now housed at Georgia State Prison. Accordingly, Plaintiff's excessive force claims for permanent injunctive relief against Defendant Shoemaker

are not moot, and those claims will proceed along with Plaintiff's excessive force claims against Defendant Shoemaker for monetary damages.

**SO ORDERED**, this 3rd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA